UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

BROADCAST MUSIC INC. Et al.,                  DEFAULT JUDGMENT

   v.

                                                 Case No. CIV S-2:12-CV-1196 KJM DAD

ANTIGUA CANTINA & GRILL, LLC, et al.,

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendants:

      **Antigua Cantina & Grill, LLC and Felipe Olvera, Jr.**

March 29, 2013

                                               VICTORIA C. MINOR, CLERK

                                               By: /s/
                                               L. Mena-Sanchez, Deputy Clerk